[No. 24718-6-II.   Division Two.   November 22, 2000.]

ROBERT WEAVER, *Appellant*, v. THE CITY OF TACOMA, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-08110-0, Terry D. Sebring, J., entered April 26, 1999. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Houghton, JJ.

[No. 24460-8-II.   Division Two.   November 22, 2000.]

*In the Matter of the Marriage of* KIMBERLY C. JERRELS, *Respondent*, and HARVEY C. JERRELS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 94-3-00512-1, Randolph Furman, J., entered January 29, 1999. *Affirmed* by unpublished opinion per Wang, J., concurred in by Morgan and Bridgewater, JJ.

[No. 45224-0-I.   Division One.   November 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. I.B., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-01878-0, John M. Darrah, J., entered August 19, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45575-3-I.   Division One.   November 27, 2000.]

KAREN MARIE RICHART, *Respondent*, v. JEROME P. RICHART, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-3-01850-1, Ronald L. Castleberry, J., entered October 14, 1999. *Affirmed* by unpublished per curiam opinion.